**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRACY JEFFERSON,

               Plaintiff,

v.

CITY OF FLINT, et al,

               Defendants.
                                     /

CASE NUMBER: 07-10465

HONORABLE AVERN COHN

## ORDER DENYING MOTION FOR ENTRY OF JUDGMENT AND WRIT OF MANDAMUS

Before the Court is a motion styled:

"Plaintiff's Motion for Entry of Judgment and Writ of Mandamus"

While in the caption of the motion the City of Flint and Officer Terry Lewis are listed as defendants, according to the docket entries the City of Flint was dismissed as a defendant on August 05, 2008 (Doc. No. 39). There are other ambiguities in the motion which need not be specifically described. These ambiguities suggest the parties best interests will be served by an amicable resolution of the timing of the payments. Accordingly the motion is DENIED.

      SO ORDERED


Dated: December 27, 2010         s/Avern Cohn
                                             AVERN COHN
                                             UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 27, 2010, by electronic and/or ordinary mail.

                                                 s/Julie Owens
                                                 Case Manager, (313) 234-5160